**No. 61108.**—Astra Trading Corp. *v.* United States, protest 224089–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61109.**—S. E. Laszlo *v.* United States, protest 297463–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, JULY 31, 1957

**No. 61110.**—Sintered Carbide Corp. and Airport Clearance Service *v.* United States, protests 192441–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as the tungsten carbide bars the subject of Abstract 58268, the claim of the plaintiffs was sustained.

**No. 61111.**—Sphinx Import Co., Inc. *v.* United States, protest 277918–K (Savannah).

Opinion by LAWRENCE, J.   From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.